Exhibit A

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
# IN AND FOR SARASOTA COUNTY, FLORIDA
# CIVIL DIVISION

KEVIN E. FITZPATRICK,

  Plaintiff,

v.                                       CASE NO.:

BERKSHIRE HATHAWAY
DIRECT INSURANCE COMPANY,

  Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, **KEVIN E. FITZPATRICK ("FITZPATRICK")**, sues Defendant, **BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY ("BERKSHIRE")** and state:

1. This action is for damages that exceed Fifty Thousand Dollars ($50,000.00) exclusive of interest, costs, and attorneys' fees.

2. At all times material, Plaintiff, **FITZPATRICK,** was an adult resident of Sarasota County, Florida.

3. At all times material, Defendant **BERKSHIRE**, was a Nebraska company doing business in Sarasota County, Florida and maintained its principal place of business at 1314 Douglas Street, Suite 1400, Omaha, Nebraska 68102.

4. Venue for this action is proper in Sarasota County, Florida, because the accident which is the subject of this action occurred in Sarasota County, Florida.

## COUNT I
## UNDERINSURED MOTORIST CLAIM AGAINST BERKSHIRE

5. Paragraphs one (1) through four (4) are realleged as if fully set forth herein.

6. On or about January 28, 2024, a motor vehicle owned by LISA C. KLEIN was operated at or near North Beneva Road and Cheshire Square, in Sarasota, Florida.

7. At that time and place, the motor vehicle owned by LISA C. KLEIN, was operated so that it collided with the motor vehicle that **FITZPATRICK** owned and operated (the "Accident"). Following the Accident, the motor vehicle owned by LISA C. KLEIN, failed to stop and left the scene.

8. At all times material, there has been insufficient bodily injury coverage to cover **FITZPATRICK's** injuries.

9. At all times material, **FITZPATRICK,** had in full force and effect a policy of insurance from **BERKSHIRE,** specifically, Policy No. 0020871-01-CA (the "Policy"), which included uninsured/underinsured motorist coverage. A copy of the Declarations is attached as Plaintiff's **Exhibit "A."**

10. As a result of the Accident, **FITZPATRICK** suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of previously existing condition. The losses are either permanent or continuing and **FITZPATRICK** will suffer the losses in the future.

**WHEREFORE,** Plaintiff, **KEVIN E. FITZPATRICK**, demands judgment for damages against Defendant, **BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY**, and any other relief that is deemed appropriate by the Court, and further demands a trial by jury on all issues so triable as a matter of right.

Dated and signed this November 10, 2025.

*/s/ Nicholas K. Sato*
Nicholas K. Sato, Esquire
Florida Bar Number: 124237
Charles W. Telfair, IV, Esquire
Florida Bar Number: 883964
Lex B. Sayre, Esquire
Florida Bar Number:  1039533
L<small>UTZ</small>, B<small>OBO</small> & T<small>ELFAIR</small>, P.A.
2 North Tamiami Trail, Suite 500
Sarasota, Florida 34236
Telfairgroup@lutzbobo.com
(941) 951-1800 - Telephone
(941) 366-1603 - Facsimile
*Attorneys for Plaintiff*

**BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY**
OMAHA, NE

**BUSINESS AUTO COVERAGE DECLARATIONS**

The Declarations include a second part designated "Part 2".

| NEW RENEWAL NUMBER | |
|---|---|
| CROSS REFERENCE NUMBER | 0020871-01-CA |

**ITEM ONE** NAMED INSURED & ADDRESS
**KEVIN FITZPATRICK**

FORM OF NAMED INSURED'S BUSINESS: **INDIVIDUAL**
NAMED INSURED'S BUSINESS: **CABLE SPLICER: TELECOMMUNICATION**

POLICY PERIOD: Policy covers FROM 04/10/2023 TO 04/10/2024 12:01 A.M. Standard Time at the Named Insured's Address stated above.

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 7 | $ Combined Single Limit: 500,000 | |
| PERSONAL INJURY PROTECTION (P.I.P.) (or equivalent No-fault coverage) | 7 | Personal Injury Protection: $10,000 Limit | $INCLUDED |
| ADDED P.I.P. (or equivalent added No-fault cov.) | 7 | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ INCLUDED |
| PROPERTY PROTECTION INSURANCE (P.P.I.) (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Deductible FOR EACH ACCIDENT | $ |
| AUTO MEDICAL PAYMENTS | | $ | $ |
| UNINSURED MOTORISTS | 7 | $ 500,000 per occurrence | $INCLUDED |
| UNDERINSURED MOTORISTS (when not included in Uninsured Motorists coverage) | | $ | $ |
| **PHYSICAL DAMAGE INSURANCE** | | | |
| COMPREHENSIVE COVERAGE | | $ | $ |
| SPECIFIED CAUSES OF LOSS | | $ | $ |
| COLLISION COVERAGE | | $ | $ |
| TOWING AND LABOR | | $ Deductible FOR EACH COVERED AUTO | $ |

FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION

PREMIUM FOR ENDORSEMENTS  $  0.00
ESTIMATED TOTAL PREMIUM  $

ENTER SYMBOL 10 DESCRIPTION HERE:

POLICY SUBJECT TO A FULLY EARNED POLICYWRITING MINIMUM PREMIUM OF $ 0.00 _____ IF CANCELLED BY THE INSURED.

**ITEM THREE - SCHEDULE OF COVERED AUTOS**   AS ATTACHED

Countersigned At _____   By _____
                                            AUTHORIZED SIGNATURE

In Witness whereof, we have caused this policy to be executed and attested.

Bruce J Byrnes
Secretary

Peter Shelley
President

M-5605 (02/2011)

**EXHIBIT A**